IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY L. SLOAN, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>OAKLAND POLICE DEPARTMENT, et al.,<br><br>    Defendants.                    / | No. C 00-04117 CRB<br><br>**ORDER** |

The Court, having previously issued an order of writ of habeas corpus ad testificandum, a copy of which is attached hereto, hereby directs the warden of High Desert State Prison to deliver forthwith the person of Johnny Lee Sloan (Prisoner No. P-77770) to the Sherriff of Alameda County to be housed in the Glenn E. Dyer Detention Facility, located at Oakland, California, for the duration of the trial in the above-captioned case. In the event that the Sherriff of Alameda County determines that the Glenn E. Dyer Detention Faclity is not suitable for housing Mr. Sloan, the Sherriff may place him in the custody of the Federal Correctional Institution at Dublin, California.

**IT IS SO ORDERED.**

Dated: January 11, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2000\4117\order 1.wpd