KARL D. BELGUM (SBN 122752)
KATHLEEN KELLY (SBN 228571)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Plaintiff, JOHNNY L. SLOAN, JR.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE SLOAN JR., | Case No. C 00-4117 CW (JCS) |
| Plaintiff, | [PROPOSED] ORDER REGARDING PLAINTIFF JOHNNY LEE SLOAN'S EQUIPMENT FOR TRIAL |
| v. | |
| OAKLAND POLICE DEPARTMENT, et al., | Trial Date: January 22, 2007<br>Time: 8:30 a.m.<br>Judge: Honorable Charles Breyer |
| Defendants. | |

IT IS HEREBY ORDERED THAT attorneys for Plaintiff Johnny Lee Sloan, the law firm of Thelen Reid Brown Raysman & Steiner, LLP, shall be permitted to bring the an Elmo Projector and a large screen to the courtroom of the Honorable Charles Breyer, Courtroom 8, for trial beginning on January 22, 2007 at 8:30 a.m.

Dated: January 12, 2007

_____
Honorable Charles Breyer
United States District Court

SF #1204317 v1                       -1-                      JLS'S EQUIP
[PROPOSED] ORDER REGARDING PLAINTIFF'S PRIOR CONVICTIONS