1  KARL D. BELGUM (SBN 122752)
   KATHLEEN KELLY (SBN 228571)
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105
   Telephone: (415) 371-1200
4  Facsimile:  (415) 371-1211

5
   Attorneys for Plaintiff, JOHNNY L. SLOAN, JR.
6

7                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
8

9  
   JOHNNY LEE SLOAN JR.,           Case No. C 00-4117 CW (JCS)
10
              Plaintiff,            [PROPOSED] ORDER TO ALLOW
11                                  COUNSEL FOR PLAINTIFF JOHNNY
        v.                          LEE SLOAN AN IN-PERSON VISIT
12
13 OAKLAND POLICE DEPARTMENT, et
   al.,                             Trial Date:  January 22, 2007
14                                  Time:        8:30 a.m.
              Defendants.           Judge:       Honorable Charles Breyer
15

16     WHEREAS trial in the above-captioned matter is set to begin on Monday, January 22,

17 2007 at 8:30a.m.;

18     WHEREAS plaintiff Johnny Lee Sloan Jr. (P-77770/D6-114) was transferred yesterday

19 and is currently being held temporarily at San Quintin State Prison for his trial;

20     WHEREAS it is important that counsel for plaintiff be permitted to visit with him prior to

21 the trial.

22     IT IS HEREBY ORDERED THAT attorneys for Plaintiff Johnny Lee Sloan, the law firm

23 of Thelen Reid Brown Raysman & Steiner, LLP be permitted an in-person visit with Mr. Sloan at

24 San Quintin Prison prior to Monday, January 22, 2007.

25 Dated:  January 19, 2007

26

27                                          _____
                                            Honorable
28                                          United Sta...

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

SF #1207223 v1                         -1-
[PROPOSED] ORDER TO ALLOW COUNSEL FOR PLAINTIFF JOHNNY LEE SLOAN AN IN-PERSON VISIT