IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE SLOAN JR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL NICHELINI and BRADLEY CHUN, <br><br> Defendants. _____ / | No. C 00-04117 CW <br><br> **ORDER VACATING JUDGMENT** |

    As there are claims and defendants remaining in this action, the judgment entered on January 30, 2007 is VACATED.

**IT IS SO ORDERED.**

Dated: Feb. 1, 2007

_/s/ EB_
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2000\4117\ordervacatingjudgment.wpd