IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNNY LEE SLOAN, JR.

        Plaintiff,

vs.

OAKLAND POLICE DEPARTMENT, et al.,

        Defendant.

Case No. C-00-4117 CW

ORDER TO ISSUE WRIT OF HABEAS CORPUS

    IT IS HEREBY ORDERED that this Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Johnny Lee Sloan, Jr., (Prisoner No. P-77770/C5-113L) who is currently in the custody of the Warden of High Desert State Prison Prison as indicated on the attached Writ.

Dated: 10/26/07



CLAUDIA WILKEN
United States District Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: David L. Runnels
    Warden of High Desert State Prison
    c/o United States Marshal's Office
    Oakland, CA

Greetings.

WE COMMAND that you have and produce the body of Johnny Lee Sloan, Jr., (Prisoner No. P-77770/C5-113L) who is now in your custody before the United States District Court, Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California on <u>January 22, 2007</u> at 8:30 a.m., to testify on that date and thereafter and at the termination of said testimony and appearance to return him forthwith to your custody, or abide by such order of the above entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in the Court;

WITNESS the Honorable Claudia Wilken, United States District Judge for the Northern District of California.

Dated: 10/26/07

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Sheilah Cahill*

By: _____
    DEPUTY CLERK