IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY L. SLOAN, JR. | No. C 00-04117 CW |
|     Plaintiff, | <u>ORDER TO ISSUE WRIT<br>OF HABEAS CORPUS</u> |
| v. | |
| OAKLAND POLICE DEPARTMENT, et al., | |
|     Defendants.               / | |

    IT IS HEREBY ORDERED that this Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JOHNNY L. SLOAN, JR., No. P-77770, who is currently in the custody of the Warden of High Desert State Prison, Susanville, CA, as indicated on the attached Writ.

Dated: 10/26/07

                                              _____<br>
                                              CLAUDIA WILKEN<br>
                                              United States District Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: Warden of High Desert State Prison
P.O. Box 3030
Susanville, CA  96127
c/o United States Marshal's Office
Oakland, CA

Greetings.

WE COMMAND that you have and produce the body of Johnny L. Sloan, Jr., P-77770, who is now in your custody before the United States District Court, Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California on **November 13, 2007, at 2:00 P.M.**, for a pretrial conference, and on **December 3, 2007, at 8:30 A.M.**, for commencement of a jury trial and to testify on that date and thereafter and at the termination of said testimony and appearance to return him forthwith to your custody, or abide by such order of the above entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in the Court;

WITNESS the Honorable Claudia Wilken, United States District Judge for the Northern District of California.

Dated: 10/26/07         CLERK, UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA

                  By:   *Sheilah Cahill*
                        DEPUTY CLERK