IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
JOHNNY SLOAN,                          )  C 00-04117 CW (PR)
                                       )
         Plaintiff,                    )  ORDER OF REFERENCE TO
                                       )  MAGISTRATE JUDGE WAYNE D.
    v.                                 )  BRAZIL FOR SETTLEMENT
                                       )  CONFERENCE
OAKLAND POLICE DEPARTMENT, et al.,     )
                                       )
         Defendants.                   )
_____)
```

    Defendants' Motion for Administrative Relief to Refer Case to Settlement Conference is GRANTED.

    IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge Wayne D. Brazil for a settlement conference to be held on Tuesday, November 13, 2007 at 2:00 P.M., with all interested parties and/or their representatives.  The parties shall be advised of the place of appearance by notice from Magistrate Judge Brazil.

    Defendants' request for relief from the deadlines for pretrial filings is GRANTED.

    IT IS SO ORDERED.

Dated: 11/5/07                              _____
                                            CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE


cc:  U.S. Marshal's Office;
     Wings Hom, Courtroom Deputy for Magistrate Judge Larson

C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\SloanOrdofRefBrazil.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
JOHNNY SLOAN,                        )   C 00-04117 CW (PR)
                                     )
          Plaintiff,                 )   ORDER OF REFERENCE TO
                                     )   MAGISTRATE JUDGE WAYNE D.
     v.                              )   BRAZIL FOR SETTLEMENT
                                     )   CONFERENCE
OAKLAND POLICE DEPARTMENT, et al.,   )
                                     )
          Defendants.                )
_____ )
```

    Defendants' Motion for Administrative Relief to Refer Case to Settlement Conference is GRANTED.

    IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge Wayne D. Brazil for a settlement conference to be held on Tuesday, November 13, 2007 at 2:00 P.M., with all interested parties and/or their representatives.  The parties shall be advised of the place of appearance by notice from Magistrate Judge Brazil.

    Defendants' request for relief from the deadlines for pretrial filings is GRANTED.

    IT IS SO ORDERED.

Dated: 11/5/07                      _____
                                      CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE

cc:  U.S. Marshal's Office;
     Wings Hom, Courtroom Deputy for Magistrate Judge Larson

C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\SloanOrdofRefBrazil.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SLOAN,

        Plaintiff,

v.

OAKLAND POLICE DEPT, ET AL et al,

        Defendant.

Case Number: CV00-04117 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johnny L. Sloan P-77770 / D6-114
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: November 5, 2007

Richard W. Wieking, Clerk
By: Lisa R. Clark, Deputy Clerk

C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\SloanOrdofRefBrazil.wpd

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SLOAN,

        Plaintiff,

v.

OAKLAND POLICE DEPT, ET AL et al,

        Defendant.

Case Number: CV00-04117 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johnny L. Sloan P-77770 / D6-114
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: November 5, 2007

Richard W. Wieking, Clerk
By: Lisa R. Clark, Deputy Clerk

C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\SloanOrdofRefBrazil.wpd

2