FILED

NOV 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNNY SLOAN,

      Plaintiff,

   v.

OAKLAND POLICE DEPT, et al.,

      Defendants.

_____/

No. C 00-04117 CW

ORDER FOR SETTLEMENT
CONFERENCE AT HIGH
DESERT STATE PRISON
ON NOVEMBER 26, 2007
BEFORE MAGISTRATE
JUDGE NANDOR J.
VADAS

On Monday, November 26, 2007 at 1:00 pm, a settlement conference will be held at High Desert State Prison, Susanville, California, with Magistrate Judge Nandor J. Vadas, presiding. Parties with settlement authority are to be present at the conference.  Lead counsel for Defendants shall make arrangements with Shelby (530) 251-5100 Ext. 5773, assistant to High Desert State Prison Litigation Counsel Chuck Spirk (530) 251-5100 Ext. 5072, to obtain clearance for all necessary parties and attorneys to enter the prison.

    IT IS SO ORDERED.

Dated: 11/14/07

_____
United States District Judge
CLAUDIA WILKEN

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


SLOAN,

              Plaintiff,

v.

OAKLAND POLICE DEPT, ET AL et al,

              Defendant.

Case Number: CV00-04117 CW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by faxing said copy(ies) to the person(s) hereinafter listed, or by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mr. Johnny Sloan
High Street State Prison
P.O. Box 750
Susanville, CA  96127
Fax:  530-251-5002

Heather Stephens
Records Office
High Desert State Prison
P.O. Box 750
Susanville, CA  96127
Fax: 530-251-5002

Litigation Counselor Chuck Spirk
High Desert State Prison
P.O. Box 750
Susanville, CA  96127
Fax:  530-251-5031

Counselor Beckman
High Desert State Prison
P.O. Box 750
Susanville, CA  96127
Fax: 530-251-5002


Magistrate Judge Nandor J. Vadas

cc:  Wings Hom;  Sheilah;  3 Certified Copies of Writ to US Marshal

Dated: November 14, 2007

                                                        Richard W. Wieking, Clerk
                                                        By: Ivy Garcia for Sheilah Cahill, Deputy Clerk

2