FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SLOAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OAKLAND POLICE DEPT, et al.,<br><br>　　　　Defendants.　　　　　／ | No. C 00-04117 CW<br><br>ORDER FOR PRETRIAL CONFERENCE |

On Friday, November 30, 2007 at 2:00 pm, a pretrial conference will be held at 1301 Clay Street, 4th Floor, Courtroom number 2. Pretrial statements shall be submitted at least two days before the date of the conference.

IT IS SO ORDERED.

Dated: 11/14/07

　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　CLAUDIA WILKEN

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SLOAN,

    Plaintiff,

v.

OAKLAND POLICE DEPT, ET AL et al,

    Defendant.

Case Number: CV00-04117 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by faxing said copy(ies) to the person(s) hereinafter listed, or by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mr. Johnny Sloan
High Street State Prison
P.O. Box 750
Susanville, CA 96127
Fax: 530-251-5002

Heather Stephens
Records Office
High Desert State Prison
P.O. Box 750
Susanville, CA 96127
Fax: 530-251-5002

Litigation Counselor Chuck Spirk
High Desert State Prison
P.O. Box 750
Susanville, CA 96127
Fax: 530-251-5031

Counselor Beckman
High Desert State Prison
P.O. Box 750
Susanville, CA 96127
Fax: 530-251-5002

Magistrate Judge Nandor J. Vadas

cc: Wings Hom; Sheilah; 3 Certified Copies of Writ to US Marshal

Dated: November 14, 2007

                              Richard W. Wieking, Clerk
                              By: Ivy Garcia for Sheilah Cahill, Deputy Clerk

2