FILED
NOV 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
UNITED STATES MARSHAL
2007 NOV 14 PM 4 33
DISTRICT OF
CALIFORNIA - OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNNY SLOAN,

    Plaintiff,

  v.

OAKLAND POLICE DEPARTMENT, et al.,

    Defendants.
_____/

No. C 00-04117 CW

ORDER TO ISSUE WRIT
OF HABEAS CORPUS

    IT IS HEREBY ORDERED that this Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JOHNNY L. SLOAN, JR., No. P-77770, who is currently in the custody of the Warden of High Desert State Prison, Susanville, CA, as indicated on the attached Writ.

Dated: 11/14/07

                            CLAUDIA WILKEN
                            UNITED STATES DISTRICT JUDGE

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To:  High Desert State Prison
     Records Office
     Attn: Heather Stevens
     P.O. Box 750
     Susanville, CA 96127
     Fax No. 530.251.5002

Greetings.

WE COMMAND that you have and produce the body of Johnny L. Sloan, Jr., P-77770, who is now in your custody before the United States District Court, Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California on **November 30, 2007, at 2:00 P.M.**, for a pretrial conference, and on **December 3, 2007, at 8:30 A.M.**, for commencement of a jury trial on that date and thereafter and at the termination of said trial to return him forthwith to your custody, or abide by such order of the above entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the trial proceedings for which his presence is required in the Court. There will be a settlement conference at High Desert State Prison on **November 26, 2007, at 1:00 P.M.** Said prisoner shall not be moved from High Desert State Prison until the termination of the settlement conference. The prisoner must be allowed to bring with him the legal papers related to this case.

WITNESS the Honorable Claudia Wilken, United States District Judge for the Northern District of California.

Dated: 11/14/07

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SLOAN,

          Plaintiff,

v.

OAKLAND POLICE DEPT, ET AL et al,

          Defendant.
_____/

Case Number: CV00-04117 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by faxing said copy(ies) to the person(s) hereinafter listed, or by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mr. Johnny Sloan
High Street State Prison
P.O. Box 750
Susanville, CA 96127
Fax: 530-251-5002

Heather Stephens
Records Office
High Desert State Prison
P.O. Box 750
Susanville, CA 96127
Fax: 530-251-5002

Litigation Counselor Chuck Spirk
High Desert State Prison
P.O. Box 750
Susanville, CA 96127
Fax: 530-251-5031

Counselor Beckman
High Desert State Prison
P.O. Box 750
Susanville, CA 96127
Fax: 530-251-5002

Magistrate Judge Nandor J. Vadas

cc: Wings Hom; Sheilah; 3 Certified Copies of Writ to US Marshal

Dated: November 14, 2007

                                                  Richard W. Wieking, Clerk
                                                  By: Ivy Garcia for Sheilah Cahill, Deputy Clerk