Steven C. Wolan (State Bar No. 56237)
Jesper I. Rasmussen (State Bar No. 121001)
PATTON◆WOLAN◆CARLISE, LLP
1814 Franklin Street, Suite 501
Oakland, CA 94612
Telephone: (510) 987-7500
Facsimile: (510) 987-7575

**FILED**
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for VARIOUS ALAMEDA COUNTY
SHERIFF'S DEPARTMENT EMPLOYEES, Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE SLOAN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> OAKLAND POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No.: C 00-4117 CW <br><br> STIPULATION TO AND REQUEST FOR DISMISSAL AND [~~PROPOSED~~] ORDER |

    Plaintiff Johnny Lee Sloan, Jr. and the various County of Alameda Sheriff's Department defendants hereby stipulate and request that the Court dismiss with prejudice the remaining claims in this action against any and all County of Alameda Sheriff's Department defendants, and to dismiss with prejudice this entire action as to any and all County of Alameda Sheriff's Department defendants, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), each side to bear its own costs and attorney's fees.

    The County of Alameda Sheriff's Department defendants include the following: the County of Alameda, for itself and erroneously sued as the Alameda County Sheriff's Department, Charles C. Plummer, Michael Brooks, Harry Morrison, Raymond Vincent, Eric Jensen, Todd Hoos, William Rhodes, Oscar Rocha, Michael Norton, John Calegari (Deputy Caderi; Deputy Cadegari), John Zuniga, Balbir Khangura, Walter Johnson, Darren Skoldquist, Mark Gattey, David Alizio (Deputy Alozo; Deputy Alonzo), Joseph Wright, Deputy Perez, Charles Jacobs,

Marquette Ransfer, Deputy Tally, Leendert Verburg, Don Mattison, Frederick Shepard Jr., Daniel Dixon (Deputy Dixion), Colby Staysa, Shirley Hays, Edwin Suchman, Jack Barnhart, Dan Harrison (Sgt. Harrison), Thomas Moore (Commanding Officer Moore), Zondra Kilpatrick (Lt. Kilpatrick), Dennis Churich, Garrett Dagneau, Frederick Martinez, Richard King, Carl Kimmel (Sgt. Kimmel), Eric Barnes, Timothy Williams, Kenneth King, Jr. (Deputy Kings, Jr.) Deputy John Doe (badge # 564), Deputy John Doe #2 and Thomas Bock (Deputy Brock).

It is the intention and understanding of the parties that in stipulating to this request for dismissal, the County of Alameda and any and all Alameda County Sheriff's Department Deputies, officers or other employees/agents, however named or sued in this lawsuit, shall not remain as a defendant in this action and that this entire action and all claims as to each and every such defendant shall and will be dismissed with prejudice.

Dated: November 26, 2007

By: _____
JOHNNY LEE SLOAN, JR.
Plaintiff In Pro Se

Dated: November 26, 2007        PATTON•WOLAN•CARLISE, LLP

By: _____
STEVEN C. WOLAN
JESPER I. RASMUSSEN
Attorneys for VARIOUS ALAMEDA
COUNTY SHERIFF'S DEPARTMENT
EMPLOYEES, Defendants

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Plaintiff's remaining claims

///

1  against the County of Alameda Defendants identified above are hereby dismissed with prejudice and
2  the complaint as to all County of Alameda Defendants is dismissed with prejudice.

4  Dated:  11/27/07

*[signature]*
CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SLOAN,

        Plaintiff,

v.

OAKLAND POLICE DEPT, ET AL et al,

        Defendant.
                                  /

Case Number: CV00-04117 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johnny L. Sloan P-77770 / B3-142
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: November 27, 2007

                                              Richard W. Wieking, Clerk
                                              By: Sheilah Cahill, Deputy Clerk