IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE SLOAN,<br><br>　　Plaintiff,<br><br>　　v<br><br>OAKLAND POLICE DEPARTMENT et al.,<br><br>　　Defendants. | Case No C 00-4117 CW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on November 26, 2007. The results of that proceeding are indicated below:

(1)　The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　　☒　Plaintiff

　　☐　Warden or warden's representative

　　☐　Office of the California Attorney General

　　☒　Other: Jesper I. Rasmussen, Attorney for Alameda County Sheriff's Dept.

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3  ☒  The case has been completely settled.

4  ☐  The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐  The parties agree to an additional follow up settlement on _____.

8  ☐  The parties are unable to reach an agreement at this time.

9  Date:  11/28/07

10  _____
   Nandor J Vadas
   United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SLOAN                                                                 No. C 00-4117 CW

v.                                                                    CERTIFICATE OF SERVICE

OAKLAND POLICE DEPT.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/28/07, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Johnny L. Sloan, Jr.**
P-77770 / B3-142
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

RICHARD W. WIEKING, CLERK

By: /s/_____
           Deputy Clerk

3