IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SLOAN, | C 00-04117 CW (PR) |
| Plaintiff, | ORDER DIRECTING UNITED STATES MARSHAL TO PERSONALLY SERVE DEFENDANT DAVE FIFE PURSUANT TO FRCP 4(e)(2) |
| v. | |
| OAKLAND POLICE DEPARTMENT, et al., | |
| Defendants. | |

This Order concerns the matter of service upon Defendant Dave Fife, identified by Plaintiff as a nurse practitioner who worked at the North County Jail in Oakland. In its Order filed March 16, 2005 the Court found that Plaintiff's second amended complaint stated a cognizable claim for deliberate indifference to his serious medical needs against Defendant Fife and other Defendants, and ordered the Clerk of the Court to send the complaint and a request for waiver of service to the named Defendants. With the exception of Defendant Fife, all Defendants waived service and have appeared in this matter. In an Order dated June 12, 2006, the Court directed the United States Marshal to personally serve Defendant Fife. The summons was returned unexecuted because Defendant Fife was "not found or no longer at address given."

Because Plaintiff is proceeding <u>in forma pauperis</u>, he is entitled to personal service by the United States Marshal of Defendants. Fed. Rule Civ. P. 4(c)(2).

Good cause appearing therefor, the United States Marshal is hereby ORDERED to attempt to effect personal service upon Defendant Dave Fife at his last known address, which shall be given to the Marshal and filed under seal. The United States Marshal shall

serve Defendant Fife "personally" or at his "dwelling house or usual place of abode with some person of suitable age and discretion then residing therein," or serve an agent of Defendant Fife "authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2).

The Clerk shall provide the United States Marshal with the necessary summons and copies of the second amended complaint (docket no. 198), and the Court's Order of Service dated March 16, 2005 (docket no. 286). The United States Marshal shall attempt personal service at that address within thirty (30) days. The Clerk shall include on the summons form, USM 285, the following special instructions:

Pursuant to Rule 4(e)(2), the United States Marshal shall serve Dave Fife "personally" or at his "dwelling house or usual place of abode with some person of suitable age and discretion then residing therein," or serve an agent of Dave Fife "authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2). The address for such service shall be provided in an addendum, which shall be filed under seal.

IT IS SO ORDERED.

DATED: 12/10/07

CLAUDIA WILKEN
United States District Judge

P:\PRO-SE\CW\CR.00\Sloan4117.MarshalRE-SERVE.Fife.wpd   2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SLOAN,

        Plaintiff,

v.

OAKLAND POLICE DEPT, ET AL et al,

        Defendant.

Case Number: CV00-04117 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johnny L. Sloan P-77770 / B3-142
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Matthew M. Grigg
Law Offices of Nancy E. Hudgins
565 Commercial St., 4th Floor
San Francisco, CA 94111

U.S. Marshal's Office
1301 Clay Street
Oakland, CA 94612

Dated: December 10, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\CR.00\Sloan4117.MarshalRE-SERVE.Fife.wpd   3