IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SLOAN, | C 00-04117 CW (PR) |
| Plaintiff, | ORDER DIRECTING UNITED STATES MARSHAL TO PERSONALLY SERVE DEFENDANT DAVE FIFE PURSUANT TO FRCP 4(e)(2) |
| v. | |
| OAKLAND POLICE DEPARTMENT, et al., | |
| Defendants. | |

This Order concerns the matter of service upon Defendant Dave Fife, identified by Plaintiff as a nurse practitioner who worked at the North County Jail in Oakland. In its Order filed March 16, 2005 the Court found that Plaintiff's second amended complaint stated a cognizable claim for deliberate indifference to his serious medical needs against Defendant Fife and other Defendants, and ordered the Clerk of the Court to send the complaint and a request for waiver of service to the named Defendants. With the exception of Defendant Fife, all Defendants waived service and have appeared in this matter.

In an Order dated June 12, 2006, the Court directed the United States Marshal to personally serve Defendant Fife. The summons was returned unexecuted because Defendant Fife was "not found or no longer at address given."

In an Order dated December 10, 2007, the Court directed the United States Marshal to make a second attempt to personally serve Defendant Fife at his last known address. The United States

Marshall noted that the last known address given was a P.O. Box, but he was able to locate Defendant Fife's residence upon doing a computerized search. However, the summons was returned unexecuted because Defendant Fife was out of town.

Because Plaintiff is proceeding in forma pauperis, he is entitled to personal service by the United States Marshal of Defendants. Fed. Rule Civ. P. 4(c)(2).

Good cause appearing therefor, the United States Marshal is hereby ORDERED to attempt to effect personal service upon Defendant Dave Fife at his residence, which shall be given to the Marshal and filed under seal. The United States Marshal shall serve Defendant Fife "personally" or at his "dwelling house or usual place of abode with some person of suitable age and discretion then residing therein," or serve an agent of Defendant Fife "authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2).

The Clerk shall provide the United States Marshal with the necessary summons and copies of the second amended complaint (docket no. 198), and the Court's Order of Service dated March 16, 2005 (docket no. 286). The United States Marshal shall attempt personal service at that address within thirty (30) days. The Clerk shall include on the summons form, USM 285, the following special instructions:

Pursuant to Rule 4(e)(2), the United States Marshal shall serve Dave Fife "personally" or at his "dwelling house or usual place of abode with some person of suitable age and discretion then residing therein," or serve an agent of Dave Fife "authorized by

2

appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2). The address for such service shall be provided in an addendum, which shall be filed under seal.

In light of this Order, Plaintiff's "Motion Request Regarding Service on Defendant Dave Fife Pursuant to FRCP 4(e)(2)" (docket no. 523) is GRANTED.

This Order terminates Docket no. 523.

IT IS SO ORDERED.

DATED: 2/13/08

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SLOAN,

        Plaintiff,

  v.

OAKLAND POLICE DEPT, ET AL et al,

        Defendant.
                                          /

Case Number: CV00-04117 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johnny L. Sloan P-77770 / B3-142
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: February 13, 2008

                                          Richard W. Wieking, Clerk
                                          By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\CR.00\Sloan4117.Marshal2ndRE-SERVE.Fife.wpd 4